UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

YAAKOV KILBERG,

    Plaintiff,

v.

DISCOVER FINANCIAL SERVICES,

    Defendant.

Civil Action No. 16-5168 (MAS) (LHG)

**ORDER**

This matter comes before the Court upon Defendant Discover Financial Services's ("Defendant") Motion to Compel Arbitration and Stay Proceedings. (ECF No. 9.) Plaintiff Yaakov Kilberg ("Plaintiff") filed opposition (ECF No. 12) and Defendant replied (ECF No. 13). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

**IT IS** on this 16th day of August 2017, **ORDERED** that:

1. Defendant's Motion to Compel Arbitration and Stay Proceedings (ECF No. 9) is GRANTED.

2. This matter is stayed and administratively terminated pending arbitration.

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**